In the Matter of ONOFRIO RELLA, an Attorney, Respondent.

DOWLING, P. J. The respondent was admitted to the Bar in April, 1920, in the New York Supreme Court, Appellate Division, First Department. On May 23, 1928, in the Court of General Sessions of the county of New York, he was convicted of the crime of grand larceny, first degree, which is a felony, and was sentenced by the court to imprisonment in the State Prison, at hard labor, for a term the minimum of which shall not be less than three years, and the maximum of which shall not be more than six years. Section 477 of the Judiciary Law provides: "Any person being an attorney and counsellor-at-law, who shall be convicted of a felony, shall, upon such conviction, cease to be an attorney and counsellor-at-law, or to be competent to practice law as such." The respondent, having been convicted of a crime which is a felony, should be disbarred. Finch, McAvoy, Martin and Proskauer, JJ., concur. Respondent disbarred.

J. & E. REALTY CORPORATION, Appellant, v. JOHN J. DILLON, Respondent.*

O'MALLEY, J. (dissenting). The plaintiff established a *prima facie* case with respect to its right to commissions on the sale of the two parcels owned by the defendant on June 20, 1924. Its evidence was sufficient to justify a finding of plaintiff's employment and the defendant's agreement to pay commissions; and also of the plaintiff having produced a purchaser ready, able and willing. Plaintiff's willingness to negotiate on behalf of the purchaser for additional parcels subsequently acquired by the defendant was not necessarily inconsistent with its claim for commissions on the parcels originally owned by the defendant. I, therefore, dissent and vote for reversal of the judgment and for a new trial.